AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Beijing Daddy's Choice Science and Technology Co., Ltd. <br><br> *Plaintiff(s)* <br> v. <br> Pinduoduo Inc., et al. (please see attached for complete caption) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18 Civ 6504 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shanghai Pinduoduo Network Technology Co., Ltd.
28/F, No. 533 Loushanguan Road
Changning District, Shanghai
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Griem, Jr.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/20/2018                                    /s/ J. Gonzalez
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                               *Server's signature*

                                                            _____
                                                               *Printed name and title*

                                                            _____
                                                               *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BEIJING DADDY'S CHOICE SCIENCE AND           :
TECHNOLOGY CO., LTD.                         :
                                             :
                         Plaintiff,          :       Civil Action No.
                                             :
             v.                              :
                                             :
PINDUODUO INC., HONGKONG WALNUT              :
STREET LIMITED, HANGZHOU WEIMI               :
NETWORK TECHNOLOGY CO., LTD.,                :
SHANGHAI PINDUODUO NETWORK                   :
TECHNOLOGY CO., LTD., SHENZHEN               :
QIANHAI XINZHIJIANG INFORMATION              :
TECHNOLOGY CO., LTD., HANGZHOU AIMI          :
NETWORK TECHNOLOGY CO., LTD.,                :
SHANGHAI XUNMENG INFORMATION                 :
TECHNOLOGY CO., LTD., and JOHN DOE           :
SELLERS 1-3.                                 :
                                             :
                         Defendants.         :
------------------------------------------------------------ X

8308395.