UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BEIJING DADDY'S CHOICE SCIENCE AND :
TECHNOLOGY CO., LTD. :
 :
                  Plaintiff, : Civil Action No. 18-cv-06504 (NRB)
 :
      v. :
 :
PINDUODUO INC., HONGKONG WALNUT :
STREET LIMITED, HANGZHOU WEIMI :
NETWORK TECHNOLOGY CO., LTD., :
SHANGHAI PINDUODUO NETWORK :
TECHNOLOGY CO., LTD., SHENZHEN :
QIANHAI XINZHIJIANG INFORMATION :
TECHNOLOGY CO., LTD., HANGZHOU AIMI :
NETWORK TECHNOLOGY CO., LTD., :
SHANGHAI XUNMENG INFORMATION :
TECHNOLOGY CO., LTD., and JOHN DOE :
SELLERS 1-3. :
 :
              Defendants. :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Plaintiff Beijing Daddy's Choice Science and Technology Co., Ltd. I certify that I am admitted to practice before this Court.

Dated:  July 20, 2018
         New York, New York

                                        **CARTER LEDYARD & MILBURN LLP**

                                        By: /s/ Jeffrey S. Boxer
                                              Jeffrey S. Boxer
                                        2 Wall Street
                                        New York, New York 10005
                                        Tel: (212) 732-3200
                                        boxer@clm.com
                                        *Attorney for Plaintiff Beijing Daddy's Choice*
                                        *Science and Technology Co., Ltd.*