UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BEIJING DADDY'S CHOICE SCIENCE AND           :
TECHNOLOGY CO., LTD.                         :
                                             :
                              Plaintiff,     :   Civil Action No. 18-cv-06504 (NRB)
                                             :
              v.                             :
                                             :
PINDUODUO INC., HONGKONG WALNUT              :
STREET LIMITED, HANGZHOU WEIMI               :
NETWORK TECHNOLOGY CO., LTD.,                :
SHANGHAI PINDUODUO NETWORK                   :
TECHNOLOGY CO., LTD., SHENZHEN               :
QIANHAI XINZHIJIANG INFORMATION              :
TECHNOLOGY CO., LTD., HANGZHOU AIMI          :
NETWORK TECHNOLOGY CO., LTD.,                :
SHANGHAI XUNMENG INFORMATION                 :
TECHNOLOGY CO., LTD., and JOHN DOE           :
SELLERS 1-3.                                 :
                                             :
                              Defendants.    :
------------------------------------------------------------ X

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for Plaintiff Beijing Daddy's Choice Science and Technology Co., Ltd. I certify that I am admitted to practice before this Court.

Dated: July 20, 2018
       New York, New York

                              CARTER LEDYARD & MILBURN LLP

                              By: /s/ Madelyn K. White
                                  Madelyn K. White
                              2 Wall Street
                              New York, New York 10005
                              Tel: (212) 732-3200
                              white@clm.com
                              *Attorney for Plaintiff Beijing Daddy's Choice Science and Technology Co., Ltd.*

8311482.1