```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BEIJING DADDY'S CHOICE SCIENCE AND
TECHNOLOGY CO., LTD.,

                 Plaintiff,                    MEMORANDUM AND ORDER

          - against -                          18 Civ. 6504 (NRB)

PLNDUODUO INC., HONGKONG WALNUT
STREET LIMITED, HANGZHOU WEIMI
NETWORK TECHNOLOGY CO., LTD.,
SHANGHAI PINDUODUO NETWORK
TECHNOLOGY CO., LTD. (n/k/a WALNUT
STREET (SHANGHAI) INFORMATION
TECHNOLOGY CO., LTD.), SHENZHEN
QIANHAI XINZHIJIANG INFORMATION
TECHNOLOGY CO., LTD., HANGZHOU AIMI
NETWORK TECHNOLOGY CO., LTD.,
SHANGHAI XUNMENG INFORMATION
TECHNOLOGY CO., LTD., THE ROYAL
FAVORITE MATERNITY AND BABY
PRODUCTS LIFESTYLE STORE, and JOHN
DOE SELLERS 1-3.

                 Defendants.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the Court's Memorandum and Order of August 6, 2019 advised plaintiff that "this action will be dismissed as to the merchant defendants without prejudice unless they are served (and proof of such service is filed with the Court) within 14 days of the issuance of this Memorandum and Order" pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, ECF No. 55 at 20; and

**WHEREAS** plaintiff has failed as of this date to file proof of service as to the merchant defendants -- defined in the Court's

Memorandum and Order to include The Royal Favorite Maternity and Baby Products Lifestyle Store and John Doe Sellers 1-3, see id. at 2 n.2 -- or to show good cause for that failure; it is hereby

**ORDERED** that plaintiff's claims against the merchant defendants are dismissed from the above-captioned action without prejudice.

**SO ORDERED.**

Dated: New York, New York
August 21, 2019

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE