UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

BEIJING DADDY'S CHOICE SCIENCE AND
TECHNOLOGY CO., LTD.,                          18 Civ. 6504

                    Plaintiff,                 **JUDGMENT**

       - against -

PINDUODUO INC., HONGKONG WALNUT
STREET LIMITED, HANGZHOU WEIMI
NETWORK TECHNOLOGY CO., LTD.,
SHANGHAI PINDUODUO NETWORK
TECHNOLOGY CO., LTD. (n/k/a WALNUT
STREET (SHANGHAI) INFORMATION
TECHNOLOGY CO., LTD.), SHENZHEN
QIANHAI XINZHIJIANG INFORMATION
TECHNOLOGY CO., LTD., HANGZHOU AIMI
NETWORK TECHNOLOGY CO., LTD.,
SHANGHAI XUNMENG INFORMATION
TECHNOLOGY CO., LTD., THE ROYAL
FAVORITE MATERNITY AND BABY
PRODUCTS LIFESTYLE STORE, and JOHN
DOE SELLERS 1-3.

                    Defendants.
-------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on August 6, 2019 the Court issued a Memorandum and Order granting the motion to dismiss that had been filed in this action by defendants Pinduoduo Inc., HongKong Walnut Street Limited, Hangzhou Weimi Network Technology Co., Ltd., Shanghai Pinduoduo Network Technology Co., Ltd., Shenzhen Qianhai Xinzhijiang Information Technology Co., Ltd., Hangzhou Aimi Network Technology Co., Ltd. and Shanghai Xunmeng Information Technology Co., Ltd. (collectively, the "PDD defendants"), see ECF No. 55; and

1

**WHEREAS** the Court's August 6, 2019 Memorandum and Order also advised plaintiff that the action would be dismissed as to defendants The Royal Favorite Maternity and Baby Products Lifestyle Store and John Doe Sellers 1-3 (the "unserved defendants") unless the unserved defendants were served (and proof of such service was filed with the Court) within 14 days; and

**WHEREAS** on August 20, 2019, the PDD defendants filed a motion for attorneys' fees and costs, see ECF No. 57; and

**WHEREAS** on August 21, 2019, pursuant to the Court's August 6, 2019 Order, the Court dismissed plaintiff's amended complaint against the unserved defendants, see ECF No. 61; and

**WHEREAS** on February 13, 2020, the Court issued a Memorandum and Order granting the PDD defendants' motion for attorneys' fees and costs in the total amount of $386,185.24 (i.e., $360,348.03 in attorneys' fees and $25,837.21 in costs); it is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of the PDD defendants dismissing the complaint and awarding the PDD defendants $386,185.24 in attorneys' fees and costs; accordingly, the case is closed.

Dated:   New York, New York
         February 13, 2020

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE